**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Femi JOHNSON, Defendant–Appellant.**

No. 04–2406.

United States Court of Appeals, Seventh Circuit.

June 7, 2006.

Gabriel A. Fuentes, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Douglas G. Smith, Kirkland & Ellis, Chicago, IL, for Defendant–Appellant.

Before Hon. WILLIAM J. BAUER, Circuit Judge, Hon. RICHARD A. POSNER, Circuit Judge, Hon. DANIEL A. MANION, Circuit Judge.

### ORDER

On *Paladino* remand, the district judge stated that he would have imposed the same guidelines sentence that he imposed originally had he known that the guidelines were merely advisory and not mandatory. Such a resentence is presumptively reasonable and in this case the presumption has not been rebutted, the judge having fully considered the defendant's arguments for a lower standard in accordance with 18 U.S.C. § 3553(a).

AFFIRMED.